Nicholas J. CURTIS, Appellant, v. Matthew WOLL, in His Official Capacity as Third Vice President of the American Federation of Labor, an Unincorporated Association, and Joseph N. Weber, in his Official Capacity as Sixth Vice President of the American Federation of Labor, an Unincorporated Association, Appellees.

No. 236.

Circuit Court of Appeals, Second Circuit.

March 7, 1938.

Nicholas J. Curtis, appellant, appearing in person.

Arthur E. Reyman, of Washington, D. C., and Carol C. Johnson, of New York City, for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

John Wesley DE KAY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 5889.

Circuit Court of Appeals, Seventh Circuit.

March 9, 1938.

John Wesley deKay, of Waynesboro, Va., pro se. for petitioner.

James W. Morris, Department of Justice, of Washington, D. C., for respondent.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged by this court that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 20, 1935, be. and the same is hereby, dismissed.

---

Michael J. DERBY, Libelant-Appellee, v. The STEAMTUG BERN, The Reading Company, Claimant-Appellant.

THORNE NEALE & CO., Inc., Libelant-Appellee, v. The STEAMTUG BERN, The Reading Company, Claimant-Appellant.

No. 225.

Circuit Court of Appeals, Second Circuit.

March 7, 1938.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer and Horace L. Cheyney, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for appellee Michael J. Derby.

Earl Appleman, of New York City, for appellee Thorne Neale & Co.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

William F. DICKSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 2.

Circuit Court of Appeals, Second Circuit.

April 18, 1938.

Erwin Hallett, of New York City, for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Berryman Green, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decision affirmed.